MARION WOLKIN, Appellant, v. HEROD E. McLEOD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLES LANG, Respondent, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHRISTIAN GILLES and Others v. WILLIAM ECKELMANN and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MORRIS NEWMARK v. EMMA RITA BLOXHAM.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIUS BLOOM and Others v. THE DEPARTMENT OF MARKETS and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE N. BURKE v. NORTH BRANCH FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, unless appellant procure appellant's points to be filed so appeal can be argued on or before September 29, 1925. Appeals by plaintiff in the two actions tried together with this action also dismissed unless plaintiff, appellant, procure his points to be filed so that the three appeals can be argued together. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CHARLES E. MUNSON v. DE FOREST RADIO TELEPHONE AND TELEGRAPH COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed so appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MURIEL CULICOVER, as Administratrix, etc., v. GEORGE M. COLON, SR., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL STERN v. THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE SYLVIA and Others v. WILLIAM E. ENRIGHT, as Police Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SAMUEL ZUCKER v. ABRAHAM BAUM and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

J. LAWRENCE HARRIS v. JOHN MacGINNESS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before July 1, 1925. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of MARY POKORNY v. WILLIAM PRUCHA.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.